

# Fourth Court of Appeals

## San Antonio, Texas

March 21, 2019

No. 04-19-00079-CV

**IN THE INTEREST OF E.J.M.K., A CHILD,**

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2018PA00825
Honorable Richard Garcia, Judge Presiding

# O R D E R

      This is an accelerated appeal of an order terminating the appellant's parental rights which must be disposed of by this court within 180 days of the date the notice of appeal is filed. TEX. R. JUD. ADMIN. 6.2. The reporter's record, which was due to be filed on March 8, 2019, has not been filed. It is therefore ORDERED that the reporter's record must be filed in this appeal no later than ten days from the date of this order. TEX. R. APP. P. 35.3(c). **FURTHER REQUESTS FOR EXTENSIONS OF TIME ARE DISFAVORED.**

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of March, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court